## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHINOOK LICENSING DE, LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 13-2079-LPS ) ) **JURY TRIAL DEMANDED** |
| STUMBLEUPON, INC., | ) ) |
| Defendant. | ) ) |

### **DEFENDANT STUMBLEUPON, INC.'S RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant StumbleUpon, Inc. hereby discloses that (1) StumbleUpon, Inc. has no parent corporation, and that (2) no publicly traded company holds more than 10% of StumbleUpon Inc.'s stock.

Respectfully submitted,

POTTER ANDERSON & CORROON LLP

OF COUNSEL:

Darren E. Donnelly
FENWICK & WEST LLP
Silicon Valley Center
801 California Street
Mountain View, CA 94041
Tel: (650) 988-8500

Jennifer J. Johnson
FENWICK & WEST LLP
555 California Street, Floor 12
San Francisco, CA 94104
Tel: (415) 875-2300

Dated: April 4, 2014
1145806 / 41214

By: */s/ Richard L. Horwitz*
Richard L. Horwitz (#2246)
David E. Moore (#3983)
Bindu A. Palapura (#5370)
Hercules Plaza, 6th Floor
1313 N. Market Street
Wilmington, DE 19801
Tel: (302) 984-6000
rhorwitz@potteranderson.com
dmoore@potteranderson.com
bpalapura@potteranderson.com

*Attorneys for Defendant StumbleUpon, Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, Richard L. Horwitz, hereby certify that on April 4, 2014, the attached document was electronically filed with the Clerk of the Court using CM/ECF which will send notification to the registered attorney(s) of record that the document has been filed and is available for viewing and downloading.

I further certify that on April 4, 2014, the attached document was Electronically Mailed to the following person(s):

| | |
|---|---|
| Richard D. Kirk<br>Stephen B. Brauerman<br>Vanessa R. Tiradentes<br>Sara E. Bussiere<br>BAYARD, P.A.<br>222 Delaware Avenue, Suite 900<br>P.O. Box 25130<br>Wilmington, DE  19899<br>rkirk@bayardlaw.com<br>sbrauerman@bayardlaw.com<br>vtiradentes@bayardlaw.com<br>sbussiere@bayardlaw.com | Eugenio Torres-Oyola<br>Cristina Arenas-Solis<br>Ferraiuoli LLC<br>221 Plaza 5th Floor<br>221 Ponce de León Ave,<br>San Juan, Puerto Rico  00917<br>etorres@ferraiuoli.com<br>carenas@ferraiuoli.com |

                By:    */s/ Richard L. Horwitz*
                      Richard L. Horwitz
                      David E. Moore
                      Bindu A. Palapura
                      POTTER ANDERSON & CORROON LLP
                      Tel:  (302) 984-6000
                      rhorwitz@potteranderson.com
                      dmoore@potteranderson.com
                      bpalapura@potteranderson.com

1140951/41214